IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dennis Paul Eddy,<br><br>               Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>               Respondents. | No. CV-14-08047-PCT-NVW (BSB)<br><br>**ORDER** |

      Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Bridget S. Bade (Doc. 47) regarding petitioner's Second Amended Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 22). The R&R recommends that Grounds One, Two and Three of the Second Amended Petition be dismissed without prejudice to Petitioner seeking permission from the Ninth Circuit to bring those claims in a successive petition for writ of habeas corpus. The R&R further recommends the claims asserted in Grounds Four, Five, and Six are not successive and recommends that Respondents be directed to answer those claims.

      The R&R further recommends that the motion for declaratory judgment (Doc. 39) be construed as a motion to supplement the Second Amended Petition be granted and that Respondents be ordered to answer the claims in that filing. Finally, the R&R recommends that Petitioner's remaining motions (Docs. 40, 41, 42) be denied. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 12 (citing 28 U.S.C. § 636(b)(1)); Fed. R.Civ P. 6 and 72. Petitioner

filed objections on September 3, 2015 (Doc. 52).  Respondents have not filed any objections.

The Court has considered the objections and reviewed the Report and Recommendation de novo.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made).  The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate Judge (Doc. 47) is accepted in that the Court dismisses Grounds One, Two, and Three without prejudice to Petitioner seeking authorization from the Ninth Circuit to bring those claims in a successive § 2254 petition, and that the Court denies Petitioner's request to stay this matter (Doc. 46 at 4) while he seeks such authorization.

IT IS FURTHER ORDERED that the Court denies Petitioner's Motion for Relief from Judgment or Order. (Doc. 40.)

IT IS FURTHER ORDERED that the Court construes Petitioner's Motion for Declaratory Relief (Doc. 39) as a motion to supplement the Second Amended Petition for Writ of Habeas Corpus and grants that motion.

IT IS FURTHER ORDERED that Respondents shall file an answer to Grounds Four, Five, and Six and to the motion for declaratory relief (construed as a motion to supplement the Second Amended Petition) within thirty days of the Court's order, and that Petitioner may file a reply within thirty days of service of Respondents' answer.

IT IS FURTHER ORDERED that the Court denies Petitioner's motions for expedited ruling on his Motion for Declaratory Relief and Motion for Relief from Judgment. (Docs. 41, 42.)

Dated this 8th day of September, 2015.

                                                     Neil V. Wake
                                          United States District Judge